PAVEL I. POGODIN, PH.D. (SBN 206441)
pavel@transpacificlaw.com
TRANSPACIFIC LAW GROUP
1 Daniel Burnham Court
#914
San Francisco, CA 94109
Telephone: 650-954-6857
Facsimile: 650-472-8961

Attorneys for Plaintiff
SHEN KO TSENG

RYAN W. KOPPELMAN (SBN 290704)
ryan.koppelman@alston.com
TIMOTHY R. WATSON (SBN 293774)
tim.watson@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
Facsimile: 650-838-2001

ROBERT L. LEE (*pro hac vice*)
bob.lee@alston.com
LINDSEY YEARGIN (*pro hac vice*)
lindsey.yeargin@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for Defendant
SKECHERS U.S.A, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEN KO TSENG,<br><br>            Plaintiff,<br><br>     vs.<br><br>SKECHERS U.S.A., INC.,<br><br>            Defendant. | Case No: 3:16-CV-01860-VC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Vince Chhabria |

Plaintiff Shen Ko Tseng and Defendant Skechers U.S.A., Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

DATED:  November 9, 2016          **TRANSPACIFIC LAW GROUP**


                                  */s/ Pavel I. Pogodin*
                                  Pavel I. Pogodin, Ph.D., Esq.

                                  Attorneys for Plaintiff
                                  Shen Ko Tseng

DATED:  November 9, 2016          **ALSTON & BIRD LLP**


                                  */s/ Robert L. Lee*
                                  Robert L. Lee

                                  Attorney for Defendant
                                  SKECHERS U.S.A, INC.

- 2 -

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of the document has been obtained from the other parties to this document.

Dated:  November 9, 2016

                                           By:   */s/ Robert L. Lee*
                                                     Robert L. Lee

1 **ORDER**

2   The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted
3 between Plaintiff Shen Ko Tseng and Defendant Skechers U.S.A., Inc. is GRANTED.

4   It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims
5 asserted in this suit between Plaintiff Shen Ko Tseng and Defendant Skechers U.S.A., Inc. are hereby
6 DISMISSED WITH PREJUDICE.

7   It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party
8 that incurred them.

10 **IT IS SO ORDERED**.

12 Dated: November 21, 2016       By: _____
                                     Hon. Vince Chhabria
13                                   United States District Judge